JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AVILES, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ORANGE, <br><br> Defendant. | Case No.: SACV 13-00622-JLS (RNBx) <br><br> **JUDGMENT IN A CIVIL ACTION** |

This action was tried by a jury which rendered a verdict in Plaintiff's favor in the amount of $43,560.00. Accordingly, IT IS HEREBY ORDERED that Plaintiff Frank Aviles recover from Defendant County of Orange the amount of Forty-three thousand eight-hundred and thirty-five dollars ($43,835.00), which includes prejudgment interest at the rate of 0.09% pursuant to 28 U.S.C. § 1961, along with costs.

**SO ORDERED:**

Dated: July 21, 2014

_____

Honorable Josephine L. Staton
United States District Judge

1