UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AVILES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; and DOES 1 through 50, inclusive<br><br>　　　　　Defendants. | Case No.  SACV-13-622 JLS (RNBx)<br><br>**FINAL JUDGMENT IN A CIVIL ACTION** |

　　　　Following Trial by Jury, a Verdict was entered herein on May 23, 2014, awarding $43,560.00 in back pay damages to Plaintiff Frank Aviles, against Defendant County of Orange; on July 21, 2014, the Court awarded pre-Judgment interest of $275.00, computed at the rate of 0.09% pursuant to 28 U. S. C. §1961, compounded annually; Plaintiff Frank Aviles filed an Application to Tax Costs, on June 6, 2014; Defendant County of Orange filed an Objection to that Application to Tax, on June 19, 2014, challenging all but $5,911.25 of Plaintiff Frank Aviles' claimed Costs; and by Order issued on November 3, 2014, the Court awarded Attorneys' Fees of $105,625.00 to Plaintiff Frank Aviles.

1  Accordingly, and pursuant to the Court's November 3, 2014 Order, **IT IS**
2  **HEREBY ORDERED** Plaintiff Frank Aviles shall recover $155,371.20 from
3  Defendant County of Orange, consisting of: $43,560.00 in back pay damages;
4  $275.00 in pre-Judgment interest; $5,911.25 in Costs; and $105,625.00 in Attorneys'
5  Fees.

Dated: November 18, 2014

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE